**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DEBBIE PITTMAN, | |
| Plaintiff, | Case No. 1:25-cv-6860 |
| v. | Hon. Franklin U. Valderrama |
| THE OUTSET GROUP, LLC, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE, that the above-captioned action has settled in principle. The Parties are currently in the process of finalizing settlement terms and anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines and allow the Parties forty-five (45) days to finalize the settlement.

Dated: September 25, 2025

Respectfully submitted,

The Outset Group, LLC

By:     /s/ Alex W. Karasik
        One of their Attorneys

        Alex W. Karasik
        DUANE MORRIS LLP
        190 S. LaSalle Street, Suite 37000
        Chicago, IL 60603-3433
        Telephone: (312) 499-6700
        Facsimile: (312) 499-6701
        Email: awkarasik@duanemorris.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was filed on this

25th day of September 2025 via ECF on all counsel of record.


*/s/ Alex W. Karasik*
*One of the Attorneys for Defendant*