# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Debbie Pittman

                       Plaintiff,

v.

The Outset Group, LLC

                       Defendant.

Case No.: 1:25–cv–06860
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 17, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' stipulation to dismiss [22]. Pursuant to the stipulation and under Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party to bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties. The Court advises the parties that, generally speaking, Seventh Circuit decisions hold that dismissals "with prejudice" leave the Court without jurisdiction to enforce a settlement agreement. See Shapo v. Engle, 463 F.3d 641, 646 (7th Cir. 2006). Civil case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.